Order issued September 5, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-10-00843-CV

### GROCERS SUPPLY, INC., ET AL., Appellants

### V.

### JOSE LUIS CABELLO, ET AL., Appellees

## ORDER

Before the Court is appellees' August 30, 2012 unopposed motion for an extension of time to file their responsive supplemental brief. The Court **GRANTS** the motion. We **ORDER** the responsive supplemental brief filed as of the date of this order. *See* TEX. R. APP. P. 38.7.

ROBERT FILLMORE
PRESIDING JUSTICE